# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2016

152660

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 152660
                                  COA: 322857
                                  Tuscola CC: 13-012672-FH

TAMMY LOUISE HARBIN,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 4, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2016



Clerk

t0525